a

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE ALVARO PORTILLO ARAGON, Petitioner | CIVIL DOCKET NO. 1:26-CV-00226 SEC P |
| VERSUS | JUDGE SUMMERHAYS |
| BRIAN ACUNA ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

### MEMORANDUM ORDER

Before the Court is a Motion for Order to Show Cause (ECF No. 2) filed by Petitioner Jose Alvaro Portillo Aragon ("Aragon"), an immigration detainee at Winn Correctional Center in Winnfield, Louisiana.  Aragon seeks an expedited briefing schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Aragon's.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases.  *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D.W. Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241").

Accordingly, the Motion (ECF No. 2) is GRANTED IN PART to the extent it generally seeks expedited briefing, but DENIED IN PART to the extent it seeks a response or release within three days.

IT IS ORDERED that a Response be filed within 21 days following the date of this Order.  Aragon shall have seven days within which to file a reply.

THE CLERK IS INSTRUCTED to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

SIGNED on Friday, February 6, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE