a

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE ALVARO PORTILLO ARAGON, Petitioner | CIVIL DOCKET NO. 1:26-CV-00226 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| BRIAN ACUNA ET AL, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

---

## MEMORANDUM ORDER

Petitioner Jose Alvaro Portillo-Aragon ("Portillo-Aragon") challenges his pre-removal order detention through a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  ECF No. 1.  The Government filed a Response (ECF No. 7), and Portillo-Aragon filed a Reply (ECF No. 8).

According to the Executive Office for Immigration Review, an immigration judge "granted an application" on April 1, 2026, and no appeal was filed.[1]

IT IS ORDERED that, within 21 days, Portillo-Aragon and the Government provide supplemental memoranda regarding the status of removal proceedings and any impact on the legality of Portillo-Aragon's continued detention.

SIGNED on Monday, May 11, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

---

[1] https://acis.eoir.justice.gov/en/caseInformation

1