**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JOSE ALVARO PORTILLO ARAGON**          **CASE NO.  1:26-CV-00226 SEC P**

**VERSUS**                                **JUDGE ROBERT R. SUMMERHAYS**

**BRIAN ACUNA, ET AL.**                   **MAGISTRATE JUDGE PEREZ-MONTES**

## ORDER

Upon consideration of the Unopposed Motion to Voluntarily Dismiss Habeas Petition [ECF No. 10],

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

THUS DONE in Chambers on this 22nd day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE